JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESSEX MUSIC, INC., et al., | ) | NO. CV 08-06105 SJO (SSx) |
| | ) | **JUDGMENT** |
| Plaintiffs, | ) | |
| v. | ) | |
| SONORA CLAREMONT, INC., et al., | ) | |
| Defendants. | ) | |

After full consideration of the "Plaintiffs' Application for Default Judgment by Court," including the evidence and authorities submitted by counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs Essex Music, Inc., Sony/ATV Harmony, Panther Music Corp., WB Music Corp., and Chappell & Co., Inc.'s (collectively, "Plaintiffs") shall have the following JUDGMENT against Defendants Sonora Claremont, Inc. and Roberto Flores (collectively, "Defendants"):

1. An injunction restraining Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, from publicly performing, or causing or permitting to be publicly performed, in their business establishment known as Casa de Salsa, located at 415 W. Foothill Blvd., #321, in Claremont, in the State of California, or in any other placed owned, controlled or operated by Defendants, any

1  copyrighted musical composition owned by Plaintiffs and any copyrighted musical composition in
2  the repertory of Plaintiffs' performing rights licensing organization, the American Society of
3  Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do
4  so;
5      2.    Statutory damages of $15,000;
6      3.    Attorneys' fees in the amount of $2,997.50;
7      4.    Post-judgment interest as provided by law from the date of entry of judgment herein
8  until the date the judgment is paid in full.

10 January 29, 2009

11 /S/ S. James Otero

13 S. JAMES OTERO
UNITED STATES DISTRICT JUDGE